in a very intoxicated condition. It does not appear to this court that the penalties imposed are excessive. The judgment will be affirmed.

*Affirmed.*

Nordyke & Marmon Company, Defendant in·Error, v. A. H. Drysdale, Plaintiff in Error.

(Not to be reported in full.)

Error to the Circuit Court of Macon county; the Hon. WILLIAM K. WHITFIELD, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Nordyke & Marmon Company, plaintiff, against A. H. Drysdale, defendant, to recover $131.80 for certain automobile parts shipped by plaintiff to defendant. From a judgment for plaintiff, defendant brings error.

CHARLES C. LE FORGEE, GEORGE W. BLACK and THOMAS W. SAMUELS, for plaintiff in error.

JAMES S. BALDWIN and W. J. CAREY, for defendant in error; WEIR, RITTER & RICHARDS, of counsel.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 320*—*what may not be subject of set-off in action for price of goods.* In an action to recover for certain automobile

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

parts sold and delivered, where the defendant was a seller of plaintiff's automobiles in a certain territory under a contract with a third party who was also a seller of plaintiff's automobiles in a certain district, including such territory, under a contract with the plaintiff, *held* that defendant would not be entitled to set off against plaintiff's claim a deposit made by him with such third party under his contract with the latter.

------

## P. N. Jones, Appellee, v. Granite Live Stock Insurance Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of McLean county; the Hon. SAIN WELTY, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by P. N. Jones, plaintiff, against Granite Live Stock Insurance Company, defendant, to recover $1,500 paid on the purchase of ten shares of defendant's capital stock, with interest. From a judgment for plaintiff for $1,585.21, defendant appeals.

STONE & DICK, for appellant.

RAYBURN & BUCK, for appellee.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

CORPORATIONS, § 516*—*when evidence insufficient to show purchase of stock in reliance on representations of officers.* Evidence *held* sufficient to show plaintiff did not buy certain stock, relying

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.